IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PHILOMENA DEHOYOS, | § § § | |
| *Plaintiff,* | § § | 5-22-CV-00138-RBF |
| vs. | § § § | |
| RANDOLPH BROOKS FEDERAL CREDIT UNION, | § § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Stipulation of Dismissal with Prejudice filed by Plaintiff Philomena DeHoyos and Defendant Randolph Brooks Federal Credit Union. *See* Dkt. No. 12. The Court has authority to enter this Order pursuant to 28 U.S.C. § 636(c), as all parties have consented to the jurisdiction of a U.S. Magistrate Judge. *See* Dkt. Nos. 7, 8, & 9.

By their stipulation, the parties represent that they have settled all matters in controversy, and they request that this action be dismissed with prejudice and that each party bear their own costs. All parties who have appeared in this action have signed the stipulation.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice. Costs shall be taxed against each party incurring the same. All relief not expressly granted is denied, and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

SIGNED this 30th day of November, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE